**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS JOHNSON**                                                                                          **PLAINTIFF**

v.                                          Case No. 4:22-cv-00145-KGB

**MARK GOBER, Sheriff, Drew**
**County Arkansas,** *et al*.                                                                            **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6).  No objections have been filed, and the time to file objections has passed.  After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).  Accordingly, plaintiff Travis Johnson's complaint is dismissed without prejudice (Dkt. No. 2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge